An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

FELICIA E.; AND STEVEN W.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
CYNTHIA N. GIULIANI, DISTRICT
JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 68795

**FILED**

SEP 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This is an original petition for a writ of mandamus arising from a proceeding under NRS Chapter 432B. Petitioners request that this court issue a writ of mandamus directing the district court to dismiss the underlying abuse and neglect petition. Petitioners filed this petition at the close of business on September 10, 2015, and challenge an order that was filed in the district court on August 27, 2015. Petitioners seek relief by 10:00 a.m. on September 11, 2015, when the parental rights termination trial is set to commence.

We have considered the petition and the documentation provided to this court. Although we express no opinion as to the merits of the claims raised in the petition, we decline to exercise our discretion through extraordinary writ relief and intervene in the matter at this time. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*,

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27559

107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (stating that a petition for extraordinary writ relief is purely discretionary with this court). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:     Hon. Cynthia Giuliani, District Judge
        Special Public Defender
        Gordon Law Offices
        Clark County District Attorney/Juvenile Division
        Eighth District Court Clerk

---

[1]In light of this order, we deny as moot petitioners' September 11, 2015, motion for stay.